IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

JAMES ANTHONY jr. 241148 )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 2:06cv315-WKW
 )   (To be supplied by Clerk of
BOB RILEY et.al  Governor )   U.S. District Court)
_____ )
 )
WARREN ALLEN (prison commission0 )
_____ )
 )
WAREN J.C.GILES )
_____ )
 )
DR.RAY APATI )
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED

2006 APR -7  A 10: 01

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO ( X )

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( ) NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            Defendant(s) _____N/A_____

        2.  Court (if federal court, name the district; if state court, name the county) _____
            _____N/A_____

3. Docket number ___N/A___

4. Name of judge to whom case was assigned ___N/A___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT ___VENTRESS CPRRECTIONAL FACILITY___
P.O. BOX 767 clayton,alabama 36016

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED ___VENTRESS CORRECTIONAL FACILITY P.O. BOX 767 CLAYTON,ALABAMA.36016___

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                          ADDRESS

1. BOB RILEY et.al  Governor ( Montg.al.p.o. box 1501,36130

2. WARREN ALLEN (prison commission - Montgomery.al p.o. box 1501,36130

3. WAREN J.C.GILES ( Ventress corr.fac. warden) p.o box 767 clayton.al.36016

4. DR.RAY APATI    ( Ventress corr.fac.) p.o. box 767 clayton.al.36016

5. Col.,MCcloud  p.o. box 767 clayton.al.36016

6. COl.,K.Cargle  p.o. box 767 calyton.al.36016

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  Aug, 5th 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ___SEE ADDITAL SHEET ATTACHED- statement of claim___

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

*See Attached Sheet*

GROUND TWO: N/A

SUPPORTING FACTS: N/A

GROUND THREE: N/A

SUPPORTING FACTS:

3

STATE OF CLAIM

**1.** State briefly the ground on which you base your allegation that your contitutional rights are being violated:

Ground one :   On or about august 5th.2005,or after in the state rehabilition dorm 8 - A ) at ventress correctional facility i plaintiff james adams jr., fell into a damage fan that had been repaired with strips of torn bed sheets. The fan which stand approximately 6.ft tall an very ld and battered shourd fell off. The blade lunging into the plaintifffs back near to his spinal cord other inmates pulled the plaintiff away from the fan he was in pain, blood an truma was detramental,with internal bleeding the plaintiff was carried to the infirmany where dr.ray apati,took no ex - rays,but tried to pull the blade from the back without pain killers,plaintiff remained at ventress facility for over a half a hour,then chained with cuffs an excorted to bullock County General hospital,where then the plaintiff receiced pain medication an ex- ray,with more pain after an unsuccesful movement.

The plaintiff was excorted to a free world hospital by officer Col.,MCcloud an officer Col.,K.Cargle,of ventress correctional once at bapt. hospital the blade was removed and the doctor prescribed medication wich Col., officers MCcloud an officer Col.,K.Cargles tore up prescribed documentation which baptist hospital prescribed. After two day later in ventress hospital the plaintiff was releas'ld back into general population with near death injuries and without medication.

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

<u>**SEE ADDITAL SHEET ATTACHED -relief**</u>

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __Apr. 1st 2006__.
         (Date)

_____
Signature of plaintiff(s)

4

RELIEF

VI. State briely exactly what you want the court to do for you. Make no legal argument. Cite no caslll or statutes.

I would like to sue for mental auuish, tort and compensatory damages each defendant $ 400,000.00 an put a lien on all of there loans etc.. In professional and individual cap., also to get a check up every 15 days by a chiropractic to see will this injury not cause life time damages.