# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

| | |
|---|---|
| JAMES ANTHONY ADAMS 241148 | APPLICATION TO PROCEED |
| Plaintiff | WITHOUT PREPAYMENT OF |
| V. | FEES AND AFFIDAVIT |
| Defendant | CASE NUMBER: 2:06cv315-WKW |

I, __JAMES ANTHONY ADAMS 241148__ declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant        [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [x] Yes    [ ] No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __VENTRESS CORRECTIONAL FACILITY P.O. BOX 767 CLAYTON, ALABAMA. 36016__

   Are you employed at the institution? __NO__  Do you receive any payment from the institution? __NO__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    [ ] Yes    [x] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [x] No
   b. Rent payments, interest or dividends    [ ] Yes    [x] No
   c. Pensions, annuities or life insurance payments    [ ] Yes    [x] No
   d. Disability or workers compensation payments    [ ] Yes    [x] No
   e. Gifts or inheritances    [ ] Yes    [x] No
   f. Any other sources    [ ] Yes    [x] No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____N/A_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

                              N/A

I declare under penalty of perjury that the above information is true and correct.

AZS# 241148

3-27-06
Date

James Anthony Adams Jr.
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                (date)

*James Adams Jr*  AIS# 241148
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 1.08 on account to his credit at the _Ventress_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

N/A

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ _____ on the 1st day of _____
2. $ _____ on the 1st day of _____
3. $ _See_____ on the 1st day of _attached_
4. $ _See_____ on the 1st day of _attached_
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

Computed monthly balances attached

_____
Authorized Officer of Institution

DATE  3/31/06

```
                        STATE OF ALABAMA
                    DEPARTMENT OF CORRECTIONS
                       VENTRESS CORR FAC
```

AIS #: 241148     NAME: ADAMS, JAMES ANTHONY JR              AS OF: 03/31/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $2.59 | $115.00 |
| AUG | 31 | $1.87 | $97.00 |
| SEP | 30 | $29.95 | $30.00 |
| OCT | 31 | $1.84 | $115.00 |
| NOV | 30 | $9.69 | $120.00 |
| DEC | 31 | $10.06 | $185.00 |
| JAN | 31 | $13.99 | $175.00 |
| FEB | 28 | $1.84 | $75.00 |
| MAR | 31 | $1.81 | $131.00 |