```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000557
Cashier ID: brobinso
Transaction Date: 09/28/2007
Payer Name: VENTRESS CORRECTIONAL FACILITY
-------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES ANTHONY ADAMS JR
 Case/Party: D-ALM-2-06-CV-000315-001
 Amount:       $2.00
-------------------------------------
CHECK
 Check/Money Order Num: 19570
 Amt Tendered:  $2.00
-------------------------------------
Total Due:      $2.00
Total Tendered: $2.00
Change Amt:     $0.00
```